IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSINNIE JOHNSON  PLAINTIFF
ADC #160272

v.  CASE NO. 5:18-CV-00320 BSM

DUB BRASSELL
DETENTION CENTER et al.  DEFENDANTS

## ORDER

After careful review of the record, United States Magistrate Judge Beth Deere's partial recommended disposition [Doc. No. 7] is adopted, and defendant Dub Brassell Detention Center is dismissed with prejudice. A certificate of appealability will not issue, and an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 6th day of March 2019.

_____
UNITED STATES DISTRICT JUDGE