**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JOSINNIE JOHNSON,**
ADC #160272                                                                    **PLAINTIFF**

**v.**                          **CASE NO. 5:18-CV-000320-BSM**

**DUB BRASSELL**
**DETENTION CENTER,** *et al.*                                          **DEFENDANTS**

### <u>AMENDED ORDER</u>

After *de novo* review of the record, United States Magistrate Judge Beth Deere's

partial recommended disposition [Doc. No. 38] is adopted.  The clerk is directed to enter

default against Lecora Hawkins pursuant to Rule 55(a) of the Federal Rules of Civil

Procedure.

IT IS SO ORDERED this 10th day of March, 2021.


_____
UNITED STATES DISTRICT JUDGE