# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JOSINNIE JOHNSON,**
ADC #160272                                                                                                           **PLAINTIFF**

v.                        **CASE NO. 5:18-CV-000320-BSM**

**DUB BRASSELL**
**DETENTION CENTER,** *et al.*                                                     **DEFENDANTS**

## AMENDED ORDER

After *de novo* review of the record, United States Magistrate Judge Beth Deere's partial recommended disposition [Doc. No. 47] is adopted. The clerk is directed to enter default against Lecora Hawkins pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 11th day of March, 2021.

                                                                                         */s/ Brian S. Miller*
                                                              UNITED STATES DISTRICT JUDGE