IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOSINNIE JOHNSON,**
ADC #160272     **PLAINTIFF**

v.     CASE NO. 5:18-CV-000320-BSM

**DUB BRASSELL
DETENTION CENTER,** *et al.*     **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Beth Deere's partial recommended disposition [Doc. No. 58] is adopted and Josinnie Johnson's claims against Joyce Scott are dismissed without prejudice.

IT IS SO ORDERED this 28th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE