IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOSINNIE JOHNSON,**
ADC #160272                                                                                    **PLAINTIFF**

v.                              **CASE NO. 5:18-CV-000320-BSM**

**LECORA HAWKINS**                                                                **DEFENDANT**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 71] is adopted, and Josinne Johnson's motion for default judgment [Doc. No. 67] is granted. Accordingly, judgment is entered in favor of Johnson and against Lecora Hawkins in the amount of $7,000.

IT IS SO ORDERED this 23rd day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE