# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JOSINNIE JOHNSON,**
ADC #160272                                                                                        **PLAINTIFF**

v.                          CASE NO. 5:18-CV-000320-BSM

**LECORA HAWKINS**                                                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 23rd day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE