## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JOSINNIE JOHNSON**                                                                                         **PLAINTIFF**
**ADC#160272**

**v.**                                        **5:18-CV-00320-BSM**

**LECORA HAWKINS**                                                                                       **DEFENDANT**

### ORDER

Plaintiff's counsel Nicki Nicolo's motion for reimbursement [Doc. No. 74] is granted.

*See* Local Rule 83.6.  The clerk is directed to pay Nicolo $129.98 from the district's Library

Fund for medical records and mail expenses she incurred in furtherance of her court-

appointed representation of Josinnie Johnson.

IT IS SO ORDERED this 24th day of January 2023.


_____
UNITED STATES DISTRICT JUDGE